| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Roth, Jane R. | 2. Court or Organization<br><br>Third Circuit Court of Appeals | 3. Date of Report<br><br>08/26/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>18316 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Vice President | Friends of the Palisades Library |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roth, Jane R. | 08/26/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Fordham Law School | Apr. 2-3 | New York City | Moot Court | Transportation and Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Roth, Jane R.** | 08/26/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | M & T Bank | Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roth, Jane R. | 08/26/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   M & T Bank Checking Acct | A | Interest | K | T | | | | | |
| 2.   Wells Fargo Bank Checking | A | Interest | J | T | | | | | |
| 3.   Wells Fargo Bank Savings | A | Interest | J | T | | | | | |
| 4.   TRUST WITH WILM. TRUST (H) | | | | | | | | | |
| 5.   Exxon Common Stock | B | Dividend | K | T | | | | | |
| 6.   Johnson & Johnson Common | B | Dividend | L | T | | | | | |
| 7.   Pepsico Common Stock | B | Dividend | K | T | | | | | |
| 8.   Proctor & Gamble Common | A | Dividend | K | T | | | | | |
| 9.   Minnesota M&M Common (MMM) | B | Dividend | L | T | | | | | |
| 10.   Hewlett-Packard Common | A | Dividend | J | T | | | | | |
| 11.   HP, Inc | A | Dividend | J | T | Spinoff (from line 10) | 11/01/15 | J | | |
| 12.   Air Prod & Chem Common | B | Dividend | L | T | | | | | |
| 13.   WTC Funds (H) | | | | | | | | | |
| 14.   -Ishares - Utilities | B | Dividend | K | T | | | | | |
| 15.   -Ishares - MSCI EAFE | C | Dividend | M | T | | | | | |
| 16.   -Ishares - Russell 2000 | A | Dividend | K | T | | | | | |
| 17.   -Ishares - S&P 500 Growth | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roth, Jane R. | 08/26/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Ishares - S&P 500 Value | C | Dividend | M | T | | | | | |
| 19. Morgan Stanley Inst Fund | A | Dividend | K | T | Buy | 11/20/15 | K | | |
| 20. Neuberger-Berman Genesis Fund | A | Dividend | | | Sold | 11/20/15 | L | E | |
| 21. Vanguard MSCI EAFE | B | Dividend | L | T | | | | | |
| 22. Vanguard MSCI Emerging Markets | D | Dividend | M | T | | | | | |
| 23. Victory Integrity Small Cap | A | Dividend | K | T | Buy | 11/20/15 | N | | |
| 24. Wilm. Prime Money Market | A | Interest | M | T | | | | | |
| 25. WilmLarge-CapFund | D | Dividend | N | T | | | | | |
| 26. Trust (H) | | | | | | | | | |
| 27. Municipal Bond Common Fund | A | Dividend | K | T | | | | | |
| 28. M&T Corp. | B | Dividend | L | T | | | | | |
| 29. WTC Common Funds | A | Dividend | | | Sold | 12/03/15 | K | B | |
| 30. Maximum Appreciation Fund | A | Dividend | K | T | Buy | 12/03/15 | K | | |
| 31. Wilm Prime Money Market | A | Interest | J | T | | | | | |
| 32. Wilm Trust IRA (H) | | | | | | | | | |
| 33. William Blair Blue T.E. Fund | | None | N | T | | | | | |
| 34. William Blair T.E. Fund | | None | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roth, Jane R. | 08/26/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Harbor Fund Internat'l | B | Dividend | L | T | | | | | |
| 36. Vanguard Dividend Appreciation | C | Dividend | M | T | | | | | |
| 37. Vanguard FTSE | B | Dividend | L | T | | | | | |
| 38. Vanguard Inflation Protected | A | Dividend | L | T | | | | | |
| 39. Wilmington U.S. Govt Fund W Class | A | Dividend | K | T | | | | | |
| 40. FPA New Income fund | B | Dividend | M | T | | | | | |
| 41. Scout Bond Fund | B | Dividend | M | T | | | | | |
| 42. Credit Suisse Comdty | | None | J | T | | | | | |
| 43. WTC Roth IRA (H) | | | | | | | | | |
| 44. Absloute Strategies Fund | | None | K | T | | | | | |
| 45. Ishares Barclays Tips Bond Fund | A | Dividend | J | T | Buy (add'l) | 11/17/15 | J | | |
| 46. Ishares Trust Cohen & Steers Realty Majors Index Fund | A | Dividend | J | T | | | | | |
| 47. Ishares Msci Small Cap | A | Dividend | J | T | | | | | |
| 48. Ishares Currency Hedged Eurozone | A | Dividend | J | T | Buy | 09/21/15 | J | | |
| 49. Ishares Core Emerging | A | Dividend | J | T | Buy | 10/20/15 | J | | |
| 50. Powershares DB Commodity | | None | | | Sold | 12/29/15 | J | A | |
| 51. SPDR Dow Jones Intl Real Estate | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roth, Jane R. | 08/26/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Msci Emerging Markets | A | Dividend | | | Sold | 09/21/15 | J | A | |
| 53. Vanguard FTSE Developed Markets | B | Dividend | L | T | | | | | |
| 54. Wilm Small-Cap Strategy Fund | A | Dividend | | | Sold | 08/05/15 | J | A | |
| 55. Wilm Large-Cap Strategy Fund | B | Dividend | L | T | Sold (part) | 08/21/15 | K | A | |
| 56. | | | | | Sold (part) | 10/16/15 | J | A | |
| 57. JP Morgan US Small | A | Dividend | J | T | Buy | 08/21/15 | J | | |
| 58. Diamond Hill Large Cap | A | Dividend | J | T | Buy | 08/21/15 | J | | |
| 59. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 60. Morgan Stanley Inst Fund | | None | J | T | Buy | 08/21/15 | J | | |
| 61. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 62. Wisdomtree Japan Hedged | A | Dividend | J | T | Buy | 08/25/15 | J | | |
| 63. Wilm Prime MM Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roth, Jane R. | 08/26/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jane R. Roth**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544